

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MANUEL ALEJANDRO VALMANA, | § | No. 08-18-00084-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D04663) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 10, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 10, 2019.

IT IS SO ORDERED this 14th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.